# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION

IN RE:  
**George Marion Morman Jr** ) Case No. 16-50652  
SSN: xxx-xx-5603 ) Chapter 13  
**Melicia Brown Morman** )  
SSN: xxx-xx-8204 )  
          Debtors. )  
_____ )

## MOTION FOR MORATORIUM

NOW COME the Debtors, through Counsel, and move for a moratorium for February, March and April, 2018. In support of this Motion, the Debtors show the Court the following:

1. The Debtors filed a Chapter 13 Petition with this Court on October 24, 2016.

2. The male Debtor is being admitted to the hospital for surgery and will be out of work for approximately six (6) weeks. Because of this, the Debtors will be unable to make the plan payments.

3. The Debtors believe they can resume payments in May, 2018.

4. Counsel requests a fee of $450.00 in connection with the preparation of this Motion and costs of $46.00.

WHEREFORE, the Debtors request a moratorium for February, March and April, 2018. Counsel for the Debtors requests a fee of $450.00 and costs of $46.00 in connection with the preparation of this Motion which fee is to be paid through the Debtors' plan.

Respectfully submitted this 15th day of February, 2018.

Law Offices of Robert H. Gourley, Jr. PA

__s/Robert H. Gourley, Jr.__  
Robert H. Gourley, Jr., Attorney for the Debtor  
NC State Bar No. 19034  
249 E. Broad Street  
Statesville, NC 28677  
Telephone: (704) 872-5051, Fax: (704) 872-5449

### CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the foregoing MOTION FOR MORATORIUM and NOTICE OF OPPORTUNITY FOR HEARING was served via electronic filing through the US Bankruptcy Court or by depositing a true and exact copy in an official repository of the United States Mail on the following:

Trustee                                      Creditor Matrix

This the 15th day of February, 2018.

___s/Janet Pekarek___  
Janet Pekarek

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION

IN RE:
**George Marion Morman Jr**            )    Case No. 16-50652
SSN: xxx-xx-5603                       )    Chapter 13
**Melicia Brown Morman**               )
SSN: xxx-xx-8204                       )
                Debtors.  )
_____      )

## NOTICE OF MOTION
*(Response required if opposed and hearing sought)*

TAKE NOTICE that the Debtor(s) has/have filed papers with the Court for a moratorium. **YOUR RIGHTS MAY BE AFFECTED**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to allow the motion, or if you want the Court to consider your views on the motion, then on or before March 1, 2018, you or your attorney must:

1)     File with the Court a written response (an answer explaining your position) at:
       Office of the Bankruptcy Clerk
       United States Bankruptcy Court
       401 W Trade Street
       Charlotte, NC 28202

If you mail you response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above.

2)     You must also mail a copy to:

| Robert H. Gourley, Jr. | Trustee | Debtor |
|---|---|---|
| Attorney for the Debtor | Steven G. Tate | |
| 249 E Broad Street | 212 Cooper Street | |
| Statesville, NC 28677 | Statesville, NC 28677 | |

3)     If you file a response as set forth above, then a hearing will be held on: March 9, 2018 **at 9:30 A.M. at the United States Bankruptcy Court, 200 West Broad Street, Statesville, North Carolina.**

**NO HEARING WILL BE HELD UNLESS A RESPONSE IS FILED.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

This the 15th day of February, 2018.

                      LAW OFFICES OF ROBERT H. GOURLEY, JR., P.A.

                      _s/Robert H. Gourley, Jr._____
                      Robert H. Gourley, Jr., NC Bar # 19034
                      249 East Broad Street
                      Statesville, NC 28677
                      Telephone: (704) 872-5051
                      Facsimile: (704) 872-5449

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0419-5<br>Case 16-50652<br>Western District of North Carolina<br>Statesville<br>Wed Feb 14 15:01:03 EST 2018 | U.S. Bank National Association, not of its in<br>c/o Rushmore Loan Management Services, L<br>P.O. Box 55004<br>Irvine, CA 92619-5004 | United States Attorney<br>Federal Courthouse Rm. 233<br>100 Otis Street<br>Asheville, NC 28801-2608 |
| Statesville Division<br>200 West Broad Street<br>Room 100 1st Floor<br>Statesville, NC 28677-5258 | AT&T Mobility<br>PO Box 537104<br>Atlanta, Georgia 30353-7104 | Bankruptcy Adminstrator<br>PO Box 34189<br>Charlotte, North Carolina 28234-4189 |
| Capital 1 Bank<br>PO Box 30285<br>Attn: C/O TSYS Debt Mgt.<br>Salt Lake City, Utah 84130-0285 | Carolina Neurosurgical<br>225 Baldwin Ave<br>Charlotte, NC 28204-3109 | First Point<br>P.O. Box 26140<br>Greensboro, North Carolina 27402-6140 |
| GEMB/Walmart<br>PO Box 103106<br>Roswell, Georgia 30076-9106 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, Pennsylvania 19101-7346 |
| Lincare (P.O. Box 17306, Clearwater, Flo<br>P.O. Box 17306<br>Clearwater, Florida 33762-0306 | M&T BANK<br>PO BOX 1508<br>BUFFALO, NY 14240-1508 | (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>1100 WHERLE DRIVE<br>WILLIAMSVILLE NY 14221-7748 |
| Mariner Finance North Carolina, Inc.<br>8211 Town Center Drive<br>Nottingham, MD 21236-5904 | McElwee Law Firm<br>PO Box 728<br>N. Wilkesboro, North Carolina 28659-0728 | NC Baptist Hospital<br>P.O. Box 751727<br>Charlotte, North Carolina 28275-1727 |
| NC Department of Revenue<br>PO Box 1168<br>Raleigh, North Carolina 27602-1168 | NCO Fin/99<br>507 Prudential Road<br>Horsham, Pennsylvania 19044-2308 | North Carolina Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 1168<br>Raleigh, NC 27602-1168 |
| Nova Neuro Surgery<br>225 Baldwin Ave<br>Charlotte, NC 28204-3109 | Nuvell Credit/Synergetic<br>1301 E. 3rd Avenue, Suite 200<br>Post Falls, Idaho 83854-7545 | Quantum3 Group, LLC as agent for<br>NCEP, LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Rushmore Loan Management Services, LLC<br>P.O. Box 55004<br>Irvine, CA 92619-5004 | Rushmore Loan Mgmt.<br>15480 Laguna Canyon Road<br>Irvine, CA 92618-2132 | Rushmore Loan Mgmt.<br>15480 Laguna Canyon Road<br>Suite 100<br>Irvine, CA 92618-2132 |
| Santander Consumer<br>PO Box 961245<br>Fort Worth, Texas 76161-0244 | Security Financial<br>308 Wilkesboro Ave<br>N. Wilkesboro, NC 28659-4228 | State Employees Credit U<br>P.O. Box 29561<br>Raleigh, North Carolina 27626-0561 |

| | | |
|---|---|---|
| State Employees Credit Union<br>Attn: Bankruptcy Dept<br>PO Drawer 25279<br>Raleigh, NC 27611-5279 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bank National Association,niiicbsa Trus<br>c/o Rushmore Loan Management Services, L<br>P.O. Box 55004<br>Irvine, CA 92619-5004 |
| US Attorneys Office<br>100 Otis Street, Room 207 US Courthouse<br>Asheville, North Carolina 28801-2608 | Valley Radiology<br>PO Box 3506<br>Hickory, North Carolina 28603-3506 | Virtuoso Sourcing Grp.<br>3033 S. Parker Ste 1000<br>Aurora, California 80014-2919 |
| WAKE FOREST BAPTIST HEALTH<br>MEDICAL CENTER BLVD<br>WINSTON SALEM, NC 27157-0001 | WRMC<br>PO Box 580049<br>Charlotte, North Carolina 28258-0049 | Wake Forest Medical Cent<br>Medical Center Boulevard<br>Winston Salem, North Carolina 27157-0001 |
| Wake Forest Medical Cent<br>PO Box 344<br>Winston Salem, North Carolina 27102-0344 | Wilkes County Tax Collector<br>110 North Street<br>Wilkesboro, NC 28697-2487 | Wilkes Physician Network<br>PO Box 70826<br>Charlotte, NC 28272-0826 |
| Wilkes Regional Med. Center<br>1370 West D Street<br>N. Wilkesboro, North Carolina 28659-3554 | George Marion Morman, Jr.<br>357 Holly Hill Street<br>N. Wilkesboro, NC 28659-8759 | Melicia Brown Morman<br>357 Holly Hill Street<br>N. Wilkesboro, NC 28659-8759 |
| Robert H. Gourley, Jr.<br>Law Offices of Robert H Gourley Jr, P.A.<br>249 E. Broad Street<br>Statesville, NC 28677-5324 | Steven G. Tate<br>212 Cooper Street<br>Statesville, NC 28677-5856 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| M&T Credit Services<br>PO Box 62085<br>Baltimore, MD 21264 | End of Label Matrix<br>Mailable recipients    46<br>Bypassed recipients     0<br>Total                   46 |